# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-0194
LT Case No. 2016-DR-017416

_____

BRYAN STEPHEN PRICHER,

     Appellant,

     v.

STACI ROCHELLE PRICHER,

     Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Jennifer Opel Taylor, Judge.

Elizabeth Siano Harris, of Harris Appellate Law Office, Mims, for
Appellant.

Maureen Monaghan Matheson, of Matheson Appellate Law, P.A.,
Satellite Beach, and Charles L. Dorfman, of Weaver & Dorfman,
P.A., Melbourne, for Appellee.

September 21, 2023

PER CURIAM.

     AFFIRMED.

JAY, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____